**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 13-01857-VAP (SPx)                            Date:  December 16, 2013

Title:   CLEMMIE TAYLOR, AN INDIVIDUAL -v- SMG, A PENNSYLVANIA CORPORATION; SMG FACILITY SERVICES, LLC, A DELAWARE CORPORATION; AND DOES 1 THROUGH 100, INCLUSIVE
================================================================
PRESENT:      HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Marva Dillard | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

PROCEEDINGS:     ORDER TO SHOW CAUSE RE: FAILURE TO APPEAR AT SCHEDULING CONFERENCE (IN CHAMBERS)

    On October 24, 2013, the Court issued an order setting a scheduling conference in this matter for 1:30 p.m. on December 16, 2013.  (See Order (Doc. No. 5).)  In violation of Local Rule 6-13, counsel for Plaintiff Clemmie Taylor failed to attend the conference.

    The Court therefore ORDERS Plaintiff's counsel to show cause, in writing, not later than December 30, 2013, why sanctions should not issue in the amount of $500 for counsel's failure to appear at the conference.

    **IT IS SO ORDERED.**