1  Joseph M. Lovretovich, State Bar No. 73403
   David F. Tibor, State Bar No. 230563
2  Karen Y. Cho, State Bar No. 274810
   Alfredo Nava, State Bar No. 282698
3  JML LAW, APLC
   21052 Oxnard Street
4  Woodland Hill, California  91367
   Telephone: (818) 610-8800
5  Facsimile: (818) 610-3030
   jml@jmllaw.com
6  david@jmllaw.com
   karen@jmllaw.com
7  alfredo@jmllaw.com

8  Attorneys for Plaintiff CLEMMIE TAYLOR

9  Sergio Bent, Bar No. 180662
   Jesse M. Caryl, Bar No. 208687
10 Steven M. Kroll, Bar No. 216196
   BENT CARYL & KROLL, LLP
11 6300 Wilshire Boulevard, Suite 1415
   Los Angeles, California  90048
12 Telephone:   (323) 315-0510
   Facsimile:    (323) 774-6021
13 sbent@bcklegal.com
   jcaryl@bcklegal.com
14 skroll@bkclegal.com

15 Attorneys for Defendant SMG

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| CLEMMIE TAYLOR, an individual, | CASE NO. EDCV 13-01857-VAP(SPx) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| SMG, a Pennsylvania Corporation; SMG Facility Services, LLC, a Delaware Corporation; and DOES 1 through 100, inclusive, | |
| Defendants. | |

BENT CARYL &
KROLL, LLP
ATTORNEYS AT LAW

PROOF OF SERVICE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Based on the stipulation by and between plaintiff Clemmie Taylor and defendant SMG, through their counsel of record, this entire action is hereby dismissed with prejudice pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1) .

IT IS SO ORDERED.

DATED: July 10, 2014_____

*Virginia A. Phillips*

U.S. District Judge

LA:81770.1
/CASE NO. BC377800
- 2 -
CAPTION
FORD & HARRISON LLP
ATTORNEYS AT LAW
LOS ANGELES
DOCUMENT PRINTED ON RECYCLED PAPER